UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20461-CR-MARTINEZ

UNITED STATES OF AMERICA,

vs.

OSCAR MICHAEL ORTIZ-GUZMAN,

    Defendant.
_____/

## STIPULATED FACTUAL PROFFER

  Should this case have proceeded to trial, the United States would be able to prove the following beyond a reasonable doubt:

  On or about October 4, 2024, a marine patrol aircraft detected a go-fast vessel ("GFV") approximately 75 nautical miles southeast of Mona Island, Puerto Rico. The GFV had three individuals on board, multiple bales on deck, was travelling in a known drug trafficking area, was not flying a flag, and did not display any indicia of nationality. United States Coast Guard Cutter JOSEPH DOYLE, which was in the area, was diverted to interdict and investigate. The JOSEPH DOYLE launched their over-the-horizon small boat, to investigate. USCG District 11 granted a Statement of No Objection to conduct Right of Approach.

  When the over-the-horizon started to close in on the GFV, the individuals on board the GFV jettisoned an object into the water. When the over-the-horizon arrived alongside the GFV, the GFV had three individuals on board who later identified themselves as Oscar Michael Ortiz-Guzman, Edwin Ernesto Guerrero-Rijo and Adonny Quebe. All three individuals identified themselves as Dominican nationals but refused to make a claim of nationality for the vessel or

answer any questions. Consequently, the vessel was treated as a vessel without nationality, and therefore, subject to the jurisdiction of the United States. A full law enforcement boarding followed.

USCG recovered a total of fifteen (15) bales from the GFV which field tested positive for cocaine. The parties agree that the defendant will be held accountable for four-hundred-and-twenty-five (425) kilograms of cocaine. Additionally, ion scans were conducted on the GFV which gave a positive result for cocaine. All three individuals, along with the suspected cocaine, were transferred to the JOSEPH DOYLE.

SO AGREED:

HAYDEN P. O'BRYNE
UNITED STATES ATTORNEY

Date: 2.3.2025    By: _____
                      YVONNE RODRIGUEZ-SCHACK
                      ASSISTANT UNITED STATES ATTORNEY

Date: 2/3/25     By: _____
                      OSCAR MICHAEL ORTIZ-GUZMAN
                      DEFENDANT

Date: 2/3/25     By: _____
                      MARISA TANEY
                      ATTORNEY FOR DEFENDANT

2